No. 95–6257.   IN RE WALKER;
No. 95–6258.   IN RE WESLEY;
No. 95–6300.   IN RE WHEELER;
No. 95–6301.   IN RE SON VAN HOANG;
No. 95–6303.   IN RE SHEPHERD;
No. 95–6305.   IN RE LANE; and
No. 95–6306.   IN RE MAIDA.   Petitions for writs of habeas corpus denied.

No. 95–5829.   IN RE BROWN; and
No. 95–5833.   IN RE SMITH.   Petitions for writs of mandamus denied.

No. 95–157.   UNITED STATES v. ARMSTRONG ET AL.   C. A. 9th Cir.   Motions of respondents Robert Rozelle, Shelton Auntwan Martin, and Aaron Hampton for leave to proceed in forma pauperis granted.   Certiorari granted.

No. 94–2068.   PARKERSON v. BROOKS ET VIR.   Sup. Ct. Ga. Certiorari denied.

No. 94–2134.   PETERSON v. AMERICAN LIFE & HEALTH INSURANCE CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–9693.   BROWN v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 94–9720.   MOBLEY v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 94–9854.   BAKER v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 95–1.   MARTINEZ v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 95–133.   MEARS ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS LIQUIDATING AGENT/RECEIVER OF OLYMPIC INTERNATIONAL BANK & TRUST CO.   App. Ct. Mass.   Certiorari denied.